**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| PRISM TECHNOLOGIES LLC, | : | Civil Action No.     8:12-cv-123 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | **JURY TRIAL REQUESTED** |
|  | : | **IN OMAHA** |
| SPRINT SPECTRUM L.P. D/B/A/ SPRINT PCS, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DISCLOSURE OF CORPORATE AFFILIATIONS,**
**FINANCIAL INTEREST, AND BUISNESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Prism Technologies LLC, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS:  Check the applicable box or boxes, and fill in any required information.]*

☐     This party is an individual.

☐     This party is a publicly held corporation or other publicly held entity.

☐     This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-
        grandparent corporations:

☐     Ten percent or more of the stock of a party is owned by a publicly held corporation or
        other publicly held entity.

        If yes, identify all such owners:

KL3 2867822.1

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

| Member | State of Citizenship |
|---|---|
| | |
| Andre Bahou | Tennessee |
| Carmelo & Stephanie Briguglio | Nevada |
| Charles Aulner | Nevada |
| Christopher Noel | Idaho |
| Daniel Ouellette | Nevada |
| David Moon | Nevada |
| David P. & Mary K. Stokes | Nebraska |
| Dennis Schmid | Nevada |
| Douglas Bosshart | California |
| Douglas Foreman | Nevada |
| Douglas Yates | Utah |
| Dwight Hanson | Nebraska |
| Frances & Della Gregory | Nevada |
| Fred & Penny Anthony | Nevada |
| Gerald C. Korth | Nebraska |
| Gordon Sosso | Nebraska |
| Gordon Whitten | Nebraska |
| Gregory J. & Rebecca L. Duman | Nebraska |
| Gregory W. Nichols | Nebraska |
| Greyson Koichi Kendron Cervantes | Virginia |
| J.K. Prince | Nevada |
| Jay & Carolyn Stone | Nevada |
| Jaycee Durward | Nevada |
| Jeffrey Raider | Texas |
| John Garlock | Nebraska |
| John Morey | Nebraska |
| Kent Green | Nevada |
| Kim Perrone TOD George Perrone | Nevada |
| Mark Spurgeon | Nebraska |
| Mark Surra | Nevada |
| Martin Stokes | Nebraska |
| Maxine Raider | Nevada |
| Michael Edison | Nevada |

KL3 2867822.1

| | |
|---|---|
| Michael Rogers | Nevada |
| Michael Waters | Nevada |
| Michael Wofford | Nebraska |
| Michael Young | Nevada |
| Patrick and Dawn Scheier | South Dakota |
| Patrick Fisher | California |
| Patrick Ratigan | Nevada |
| Paul Berger | Nevada |
| Prism Resources, Inc. | Nebraska |
| Rayneen Takako Cervantes | Arkansas |
| Richard & Nancee Berger | Nebraska |
| Robert & Maxine Raider | Nevada |
| Robyn Loza | Nevada |
| Sandpiper Holdings, LLC | Nevada |
| Solo Negro Ilitado, Inc. | Nevada |
| Stephanie Bissonnette | Nevada |
| Steven J. Royer | Nebraska |
| Thomas and Joanna Fisher | Nebraska |
| Thomas Townsend | Nebraska |
| Todd Pinkney | Nevada |
| Virgil Johnson | Nebraska |
| William E. Fisher | Nebraska |
| William J. Fisher | Nebraska |
| | |

☐      This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Dated: April 4, 2012                          Respectfully submitted,

                                              By:      s/ Daniel J. Fischer

**Kramer Levin Naftalis & Frankel LLP**      **Koley Jessen P.C., L.L.O.**
Jonathan S. Caplan, Esq.                      Michael C. Cox, Esq. (17588)
Mark A. Baghdassarian, Esq.                   Daniel J. Fischer, Esq. (22272)
Marcus A. Colucci, Esq.                       1125 S. 103rd St.., Suite 800
1177 Avenue of the Americas                   Omaha, NE 68124
New York, NY 10001                            Tel: (402) 390-9500
Tel:  212.715.9100                            Fax: (402) 390-9005
Fax:  212.715.8000                            mike.cox@koleyjessen.com
jcaplan@kramerlevin.com                       dan.fischer@koleyjessen.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

KL3 2867822.1

**Kramer Levin Naftalis & Frankel LLP**
Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com
*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Dr., Suite 400
Brentwood, TN 37027
Tel: (615) 712-6580
Fax: (402) 578-1447
aj.bahou@prsmip.com

*Attorney for Plaintiff*
*Prism Technologies LLC*

KL3 2867822.1