IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
            Plaintiff,         )       8:12CV123
                               )
      v.                       )
                               )
SPRINT SPECTRUM L.P.,          )       ORDER
d/b/a SPRINT PCS,              )
                               )
            Defendant.         )
_____)
```

This matter is before the Court on two motions for withdrawal of counsel (Filing No. 183 and Filing No. 184). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Alfred F. Harris is deemed withdrawn as counsel for Sprint Spectrum L.P., d/b/a Sprint PCS. The clerk of court shall remove his name from CM/ECF.

2) Jonathan N. Zerger is deemed withdrawn as counsel for Sprint Spectrum L.P., d/b/a Sprint PCS. The clerk of court shall remove his name from CM/ECF.

DATED this 12th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court