IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV123 |
| ) | | |
| v. ) | | |
| ) | | |
| SPRINT SPECTRUM L.P., ) | | |
| d/b/a SPRINT PCS, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV124 |
| ) | | |
| v. ) | | |
| ) | | |
| T-MOBILE USA, INC., ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV125 |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES CELLULAR ) | | |
| CORPORATION, d/b/a U.S. ) | | |
| CELLULAR, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PRISM TECHNOLOGIES LLC, ) | | |
| ) | | |
| Plaintiff, ) | | 8:12CV126 |
| ) | | |
| v. ) | | |
| ) | | |
| CELLCO PARTNERSHIP d/b/a ) | | ORDER |
| VERIZON WIRELESS, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the Court on plaintiff's motions for leave to file documents under seal (Filing No. 234 and Filing No. 238 in 8:12CV123; Filing No. 247 and Filing No. 251 in 8:12CV124; Filing No. 227 and Filing No. 231 in 8:12CV125; and Filing No. 217 and Filing No. 221 in 8:12CV126).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions for leave to file documents under seal are granted; the documents as enumerated in the motions are filed under seal pending further order of the Court.

DATED this 15th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court