IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
             Plaintiff,         )          8:12CV123
                                )
     v.                         )
                                )
SPRINT SPECTRUM L.P.,           )          ORDER
d/b/a SPRINT PCS,               )
                                )
             Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 250).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Amy M. Locher is deemed withdrawn as counsel for Sprint Spectrum L.P., d/b/a Sprint PCS.  The clerk of court shall remove her name from CM/ECF.

DATED this 20th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court