## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES LLC,

        Plaintiff,

    v.

SPRINT SPECTRUM L.P. D/B/A
SPRINT PCS,

        Defendant.

Civil Action No. 8:12-cv-123-LES-TDT

**JURY TRIAL REQUESTED IN OMAHA**

## SPRINT SPECTRUM L.P.'S MOTION FOR
## SUMMARY JUDGMENT OF NON-INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Sprint Spectrum L.P. ("Sprint") moves the Court for summary judgment on Plaintiff Prism Technologies LLC's claim that Sprint infringes U.S. Patent Nos. 8,127,345 and 8,387,155.   Sprint respectfully submits an accompanying memorandum in support of this motion.

Dated:  January 23, 2015

SPRINT SPECTRUM L.P. D/B/A SPRINT PCS,
Defendant.

*/s/ Michael K. Huffer*
Michael K. Huffer – 18087
David A. Blagg - 17473
Cassem, Tierney, Adams, Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, Nebraska  68114
Telephone: (402) 390-0300
Facsimile: (402) 390-9676
mhuffer@ctagd.com
dblagg@ctagd.com

B. Trent Webb
bwebb@shb.com
John D. Garretson
jgarretson@shb.com
Chrissie Guastello
cguastello@shb.com

1

SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2015 true and correct copies of the

foregoing were served via the Court' s CM/ECF system on all counsel of record.


/s/ Michael K. Huffer