IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
PRISM TECHNOLOGIES LLC,  :  Civil Action No. 8:12-cv-123-LES-TDT
:
Plaintiff,  :
:  **JURY TRIAL REQUESTED**
v.  :  **IN OMAHA**
:
SPRINT SPECTRUM L.P. D/B/A  :
SPRINT PCS,  :
:
Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SPRINT SPECTRUM L.P.' S INDEX OF EVIDENCE IN SUPPORT OF
ITS BRIEF IN RESPONSE TO PRISM TECHNOLOGIES LLC' S
MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. MELVIN RAY MERCER**

Defendant Sprint Spectrum L.P., by and through its attorneys of record, hereby submits the following evidentiary materials in support of its Sealed Brief in Response to Prism Technologies LLC's Motion to Exclude Certain Opinions of Dr. Melvin Ray Mercer:

1. Exhibit A: Declaration of Michael T. Hilgers

2. Exhibit B: True and correct copy of excerpts from Mr. Minor's Infringement Report **[FILED UNDER SEAL]**

3. Exhibit C: True and correct copy of excerpts from Dr. Mercer's Non-Infringement Report **[FILED UNDER SEAL]**

4. Exhibit D: True and correct copy of Dr. Mercer's January 12, 2015 deposition transcript **[FILED UNDER SEAL]**

Dated: February 9, 2015                         Respectfully submitted,

                                                                        s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
GOBER HILGERS PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: (402) 218-2106
Facsimile: (877) 437-5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Michael J. Bettinger (admitted pro hac vice)
Irene Yang (admitted pro hac vice)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415)882-8220
mike.bettinger@klgates.com
irene.yang@klgates.com

Michael J. Abernathy (admitted pro hac vice)
Christopher Hanba (admitted pro hac vice)
K&L GATES LLP
70 West Madison Street
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

B. Trent Webb
bwebb@shb.com
John D. Garretson
jgarretson@shb.com
Chrissie Guastello
cguastello@shb.com
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547

Michael K. Huffer – 18087

        David A. Blagg - 17473
        Amy M. Locher - 24786
        Cassem, Tierney, Adams, Gotch & Douglas
        9290 West Dodge Road, Suite 302
        Omaha, Nebraska 68114
        Telephone: (402) 390-0300
        Facsimile: (402) 390-9676
        mhuffer@ctagd.com
        dblagg@ctagd.com
        amlocher@ctagd.com


        **ATTORNEYS FOR DEFENDANT**
        **SPRINT SPECTRUM L.P.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 9th day of February 2015.

                                        s/ Michael T. Hilgers_____