IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PRISM TECHNOLOGIES LLC,

          Plaintiff,

   v.

SPRINT SPECTRUM L.P.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Civil Action No. 8:12-cv-123-LES-TDT**

**Jury Trial Requested in Omaha**

### PLAINTIFF'S MOTIONS *IN LIMINE* (NOS. 1-21)

Pursuant to Nebraska Civil Rule 7.1 and this Court's Order granting the parties' joint motion to modify the scheduling order (ECF Nos. 307, 302), Plaintiff Prism Technologies LLC ("Prism"), by and through its counsel, hereby moves *in limine* to preclude the proffer of certain evidence and argument by defendant Sprint Spectrum, LP ("Sprint").

    1.    Pursuant to this Court's February 23, 2015 Order (ECF Nos. 307, 302), the parties exchanged proposed motions *in limine* on April 24, 2015.

    2.    Thereafter, the parties engaged in a meet and confer teleconference and exchanged several e-mails in a good faith effort to reach an agreement regarding the parties' proposals.

    3.    The parties reached agreements regarding numerous proposed motions *in limine*, and agreed that Sprint would file a Stipulation on Joint Notice of Agreements on Motions *In Limine* with the Court that memorializes the parties' agreements. (*See* ECF No. 356).

    4.    The parties were unable to reach agreements regarding certain other proposed motions *in limine*.

5.     Pursuant to the Court's February 23, 2015 Order (ECF Nos. 307, 302), Prism hereby moves *in limine* to preclude the proffer of certain evidence and argument by Sprint.

6.     This Motion is based upon Prism's Brief in Support of Its Motions *In Limine*, Index of Evidence, and the Declaration of Cristina Martinez, which have been filed contemporaneously herewith, as well as all pleadings, records and files herein which this Court may properly take judicial notice, and upon such other and further evidence and argument as the Court may receive prior to its decision.

WHEREFORE Prism moves the Court for an Order granting Prism's motions *in limine*.

Dated: May 1, 2015

Respectfully submitted,

By: *s/ Cristina Martinez*

| | |
|---|---|
| **Koley Jessen P.C., L.L.O.** | **Kramer Levin Naftalis & Frankel LLP** |
| Michael C. Cox, Esq. (17588) | Jonathan S. Caplan, Esq. |
| Daniel J. Fischer, Esq. (22272) | Mark A. Baghdassarian, Esq. |
| 1125 S. 103rd St., Suite 800 | Aaron M. Frankel, Esq. |
| Omaha, NE 68124 | Marcus A. Colucci, Esq. |
| Tel: (402) 390-9500 | Matthew W. Olinzock, Esq. |
| Fax: (402) 390-9005 | Cristina Martinez, Esq. |
| mike.cox@koleyjessen.com | 1177 Avenue of the Americas |
| dan.fischer@koleyjessen.com | New York, NY 10036 |
| | Tel:  212.715.9100 |
| | Fax:  212.715.8000 |
| | jcaplan@kramerlevin.com |
| | mbaghdassarian@kramerlevin.com |
| | afrankel@kramrelevin.com |
| | mcolucci@kramerlevin.com |
| | molinzock@kramerlevin.com |
| | cmartinez@kramerlevin.com |

| | |
|---|---|
| **Prism Technologies LLC** | **Kramer Levin Naftalis & Frankel LLP** |
| André J. Bahou, Esq. | Paul Andre, Esq. |
| Vice President & Chief IP Officer | Lisa Kobialka, Esq. |
| 878 Arlington Heights Dr., Suite 400 | William Hannah, Esq. |
| Brentwood, TN 37027 | 990 Marsh Road |
| Tel: (615) 712-6580 | Menlo Park, CA 94025 |
| Fax: (402) 578-1447 | Tel: 650.752.1700 |
| aj.bahou@prsmip.com | Fax: 650.752.1810 |
| | pandre@kramerlevin.com |
| | lkobialka@kramerlevin.com |
| | whannah@kramerlevin.com |
| *Attorney for Plaintiff* | *Attorneys for Plaintiff* |
| *Prism Technologies LLC* | *Prism Technologies LLC* |

## NEBRASKA CIVIL RULE 7.0.1(i) CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Prism's counsel has personally consulted with Defendant's counsel regarding the issues raised in the present motion as required under Nebraska Civil Local Rule 7.01(i).  Such personal consultation included a meet and confer conference call on April 27, 2015 (representing Prism were Cristina Martinez, Esq. and Matthew Olinzock, Esq. of Kramer Levin Naftalis & Frankel LLP; representing Sprint were Christopher H. Hanba of K&L Gates LLP, Chrissie Guastello, Esq. of Shook, Hardy & Bacon, L.L.P., and Michael T. Hilgers, Esq. of Gober Hilgers PLLC.  Despite the parties' meet and confer and sincere attempts to resolve this issue, the parties could not reach an accord.  As such, this Motion is opposed.

*s/ Cristina Martinez*
Cristina Martinez

-4-

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 1st day of May 2015.

*s/ Cristina Martinez*
Cristina Martinez