IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC, )
 )
   Plaintiff, )   8:12CV123
 )
  v. )
 )
SPRINT SPECTRUM L.P., )   ORDER
d/b/a SPRINT PCS, )
 )
   Defendant. )
_____)


   This matter is before the Court on the motion to withdraw as counsel filed by Michael K. Huffer, David A. Blagg and Carolyn A. Wilson (Filing No. 373).  The Court finds the motion should be granted.  Accordingly,

   IT IS ORDERED that the motion is granted.  Michael K. Huffer, David A. Blagg and Carolyn A. Wilson are deemed withdrawn as counsel for Sprint Spectrum L.P., d/b/a Sprint PCS.  The clerk of court shall remove their names from CM/ECF.

   DATED this 6th day of May, 2015.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court