```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,     )
                             )
              Plaintiff,     )          8:12CV123
                             )
         v.                  )
                             )
SPRINT SPECTRUM L.P., D/B/A  )      MEMORANDUM AND ORDER
SPRINT PCS,                  )
                             )
              Defendant.     )
_____)
```

This matter comes before the Court on a stipulation of joint notice of agreements on motions in limine (Filing No. 356), on the first amended stipulation on joint notice of agreements on motions in limine (Filing No. 378) and on the second amended stipulation on joint notice of agreements on motions in limine (Filing No. 392).

IT IS ORDERED that Filing No. 356 and Filing No. 378 are deemed moot. Filing No. 392 is approved and adopted as if fully set forth herein.

DATED this 9th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court