IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                       :
PRISM TECHNOLOGIES LLC,                                :
                                                       :
                Plaintiff,                             :
                                                       :   Civil Action No. 8:12-cv-123-LES-TDT
        v.                                             :
                                                       :
SPRINT SPECTRUM L.P. D/B/A                             :
SPRINT PCS,                                            :
                                                       :
                Defendant.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**SPRINT'S SPECTRUM L.P.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO INFRINGEMENT UNDER RULE 50(a)**

Sprint Spectrum L.P. d/b/a Sprint PCS ("Sprint") respectfully moves for judgment as a matter of law of no infringement under Federal Rule of Civil Procedure 50(a). The grounds for the Motion are as follows:

As presented in the accompanying Brief in Support of Sprint Spectrum L.P.'s Motion for Judgment as a Matter of Law of No Infringement under Rule 50(a) ("Brief"), multiple actions cannot directly infringe a method claim. Prism Technologies LLC ("Prism")'s case theory requires multiple actors for infringement, and therefore Prism has failed to establish that Sprint can be liable for infringement of the method claims (*i.e.*, all of the asserted claims of the '345 Patent) as a matter of law. Further, because Sprint does not put the claimed system into "use," there can be no infringement of the systems claims (*i.e.*, all of the asserted claims of the '155 Patent) as a matter of law. As such, a "reasonable jury would not have a legally sufficient evidentiary basis to find for Prism on the issue of infringement." *See* Fed. R. Civ. P. 50(a).

This Motion is based upon the Brief, the Index of Evidence in Support of the Motion for Judgment as a Matter of Law and exhibits attached thereto, the trial transcript, and upon such other and further evidence and argument as the Court may receive before its decision.

Dated: June 19, 2015                                Respectfully submitted,

                                         By:    s/ Michael T. Hilgers
                                                Michael T. Hilgers (#24483)
                                                Carrie S. Dolton (#24221)
                                                GOBER HILGERS PLLC
                                                14301 FNB Parkway, Suite 100
                                                Omaha, NE 68154
                                                Telephone: 402.218.2106
                                                Facsimile: 877.437.5755
                                                mhilgers@goberhilgers.com
                                                cdolton@goberhilgers.com

                                                Michael J. Abernathy (admitted *pro hac vice*)
                                                Christopher E. Hanba (admitted *pro hac vice*)
                                                K&L GATES LLP
                                                70 West Madison Street
                                                Chicago, IL 60602-4207
                                                Telephone: 312.372.1121
                                                Facsimile: 312.827.8000
                                                mike.abernathy@klgates.com
                                                christopher.hanba@klgates.com

                                                Michael J. Bettinger (admitted pro hac vice)
                                                Irene Yang (admitted pro hac vice)
                                                SIDLEY AUSTIN LLP
                                                555 California Street
                                                Suite 2000
                                                San Francisco, CA 94104
                                                Telephone: (415) 772-1200
                                                Facsimile: (415)772-7400
                                                mbettinger@sidley.com
                                                irene.yang@sidley.com

                                                B. Trent Webb (admitted pro hac vice)
                                                John D. Garretson (admitted pro hac vice)
                                                Chrissie Guastello (admitted pro hac vice)
                                                SHOOK, HARDY & BACON, L.L.P.
                                                2555 Grand Blvd.
                                                Kansas City, Missouri 64108-2613

Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
jgarretson@shb.com
cguastello@shb.com

*Attorneys for Defendant Sprint Spectrum L.P.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, June 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Kramer Levin Naftalis & Frankel LLP**
Jonathan S. Caplan, Esq.
Mark A. Baghdassarian, Esq.
Marcus A. Colucci, Esq.
1177 Avenue of the Americas
New York, NY 10001
Tel: 212.715.9100
Fax: 212.715.8000
jcaplan@kramerlevin.com
mbaghdassarian@kramerlevin.com
mcolucci@kramerlevin.com

Paul Andre, Esq.
Lisa Kobialka, Esq.
990 Marsh Road
Menlo Park, CA 94025
Tel: 650.752.1700
Fax: 650.752.1810
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
*Prism Technologies LLC*

**Koley Jessen P.C., L.L.O.**
Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Tel: 402.390.9500
Fax: 402.390.9005
Mike.cox@koleyjessen.com
Dan.fischer@koleyjessen.com

**Prism Technologies LLC**
André J. Bahou, Esq.
Vice President & Chief IP Officer
878 Arlington Heights Drive, Suite 400
Brentwood, TN 37027
Tel: 615.712.6580
Fax: 402.578.1447
Aj.bahou@prsmip.com

                s/ Michael T. Hilgers
                Michael T. Hilgers