## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
PRISM TECHNOLOGIES LLC,                     :     Civil Action No. 8:12-cv-123-LES-TDT
:
Plaintiff,                     :
:
v.                          :     **NOTICE OF FILING OF SEALED**
:     **DOCUMENTS**
SPRINT SPECTRUM L.P. D/B/A                   :
SPRINT PCS,                                  :
:
Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Defendant Sprint Spectrum L.P. has filed sealed documents in support of its Motion For

Judgment of Law of No Infringement Under Rule 50(a). Sprint hereby provides notice of the

docket numbers of these documents, as follows:

1) Sealed Brief in Support of Sprint's Motion For Judgment of Law of No Infringement

   Under Rule 50(a), Dkt. No. 446.

2) Sealed Index of Evidence in Support of Sprint's Motion For Judgment of Law of No

   Infringement Under Rule 50(a) (and Exhibits 1, A-B), Dkt No. 447.


Dated: June 19, 2015                    Respectfully submitted,

                                        s/ Michael T. Hilgers_____
                                        Michael T. Hilgers (#24483)
                                        Carrie S. Dolton (#24221)
                                        GOBER HILGERS PLLC
                                        14301 FNB Parkway, Suite 100
                                        Omaha, NE 68154
                                        Telephone: (402) 218-2106
                                        Facsimile: (877) 437-5755
                                        mhilgers@goberhilgers.com
                                        cdolton@goberhilgers.com

                                        Michael J. Bettinger (admitted pro hac vice)

Irene Yang (admitted pro hac vice)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200
Direct: (415)772-1224
Fax: (415) 772-7400
mbettinger@sidley.com
irene.yang@sidely.com

Michael J. Abernathy (admitted pro hac vice)
Christopher Hanba (admitted pro hac vice)
K&L GATES LLP
70 West Madison Street
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

B. Trent Webb
bwebb@shb.com
John D. Garretson
jgarretson@shb.com
Chrissie Guastello
cguastello@shb.com
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM L.P.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 19th day of June 2015.

s/ Michael T. Hilgers_____