IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES LLC, ) ) | | |
| Plaintiff, ) ) | 8:12CV123 | |
| v. ) ) | | |
| SPRINT SPECTRUM L.P., ) d/b/a SPRINT PCS, ) ) | | |
| Defendant. ) _____) | | |
| PRISM TECHNOLOGIES LLC, ) ) | | |
| Plaintiff, ) ) | 8:12CV124 | |
| v. ) ) | | |
| T-MOBILE USA, INC., ) ) | | |
| Defendant. ) _____) | | |
| PRISM TECHNOLOGIES LLC, ) ) | | |
| Plaintiff, ) ) | 8:12CV125 | |
| v. ) ) | | |
| UNITED STATES CELLULAR ) CORPORATION, d/b/a U.S. ) CELLULAR, ) ) | | |
| Defendant. ) _____) | | |
| PRISM TECHNOLOGIES LLC, ) ) | | |
| Plaintiff, ) ) | 8:12CV126 | |
| v. ) ) | | |
| CELLCO PARTNERSHIP d/b/a ) VERIZON WIRELESS, ) ) | ORDER | |
| Defendant. ) _____) | | |

This matter is before the Court on defendant's motion for withdrawal of counsel (Filing No. 439 in 8:12CV123; Filing No. 307 in 8:12CV124; Filing No. 296 in 8:12CV125; and Filing No. 278 in 8:12CV126). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. William N. Hannah, formerly of the law firm Kramer, Levin, Naftalis & Frankel, LLP, is deemed withdrawn as counsel for United States Cellular Corporation. The clerk of court shall remove his name from CM/ECF.

DATED this 22nd day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court