IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC;

    Plaintiff,

 vs.

SPRINT SPECTRUM L.P.,

    Defendant.

**WITNESS LIST**

Case No. 8:12CV123
Deputy: Mary Roundtree
Reporter: Rogene Schroder
Date: June 15-23, 2015

FOR PLAINTIFF:

| Name | Date |
| --- | --- |
| Richard L. Gregg | June 15, 2015 |
| Daniel Pope (video-taped deposition) | June 15, 2015 |
| Sayad Hassan Raza (video-taped deposition) | June 15, 2015 |
| Jack Branson Sippell II (video-taped deposition) | June 15, 2015 |
| David Lewis Lyon | June 15, 2015 |
| David Lewis Lyon | June 16, 2015 |
| Eric English (video-taped deposition) | June 16, 2015 |
| John Billy Minor | June 16, 2015 |
| John Billy Minor | June 17, 2015 |
| Randy Ritchie (video-taped deposition) | June 18, 2015 |
| Sean Wilson (video-taped deposition) | June 18, 2015 |
| Gregory John Duman | June 18, 2015 |
| James Edward Malackowski | June 18, 2015 |
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
| Mark Lee Yarkosky | June 18, 2015 |
| Mark Lee Yarkosky | June 19, 2015 |
| Eric English | June 19, 2015 |
| Jack Branson Sippell II | June 19, 2015 |
| Hussein Enan (video-taped deposition) | June 19, 2015 |
| Melvin Ray Mercer | June 19, 2015 |
| Melvin Ray Mercer | June 22, 2015 |
| Scott Dean Hampton | June 22, 2015 |
|  |  |
|  |  |
|  |  |
|  |  |