Does Royalty Payment give Sprint the license to 4 Asserted patents?

6/23/15

The answer is "no."

DATED this 23rd day of June, 2015.

/s/ Lyle E. Strom