```
                                            FILED
                                        US DISTRICT COURT
                                        DISTRICT OF NEBRASKA
         IN THE UNITED STATES DISTRICT COURT
                                            JUN 2 3 2015
           FOR THE DISTRICT OF NEBRASKA
                                          OFFICE OF THE CLERK
```

PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,           )      8:12CV123
                                )
    v.                          )
                                )
SPRINT SPECTRUM L.P., D/B/A     )      VERDICT FORM
SPRINT PCS,                     )
                                )
            Defendant.          )
_____)

**Question 1:** Do you find that Prism Technologies LLC ("Prism") has proven by a greater weight of the evidence that Sprint Spectrum L.P., doing business as Sprint PCS ("Sprint") infringed any of the following asserted claims? A "yes" is a finding for Prism; a "no" is a finding for Sprint.

### U.S. Patent No. 8,127,345

Claim 1:  YES __X__  NO _____
Claim 33: YES __X__  NO _____

### U.S. Patent No. 8,387,155

Claim 7:  YES __X__  NO _____
Claim 37: YES __X__  NO _____

**If you have answered "NO" to all the claims, then you have concluded your deliberations and your foreperson should date and sign the verdict form, and return the verdict to the Court. If you have answered "YES" to any claims, continue to Question 2 below and answer for each claim you have found to be infringed.**

**Question 2:** What amount of reasonable royalty damages, if any, do you find that Prism has proven by a greater weight of the evidence is adequate to compensate Prism for Sprint's infringement of U.S. Patent No. 8,387,155 and/or U.S. Patent No. 8,127,345?

$ 30 million

DATED this 23 day of June, 2015.

FOREPERSON