IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,       )
                               )
            Plaintiff,         )         8:12CV123
                               )
      v.                       )
                               )
SPRINT SPECTRUM L.P., D/B/A    )         ORDER
SPRINT PCS,                    )
                               )
            Defendant.         )
_____)

This matter is before the Court on:

1) Joint stipulation (Filing No. 427);

2) Sprint Spectrum's motion to seal courtroom (Filing No. 429);

3) Prism Technologies' motion to quash Sprint's trial subpoena to Hussein Enan (Filing No. 434);

4) Sprint Spectrum's motion for judgment as a matter of law of no infringement under Rule 50(a) (Filing No. 445); and

5) Prism's motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50(a) (Filing No. 456).

The Court has reviewed the matters and notes that the jury returned a verdict in favor of the plaintiff.  Accordingly,

IT IS ORDERED:

1) The joint stipulation of the parties is approved and adopted;

2) The motion to seal the courtroom is denied as moot.

3) The plaintiff's motion (Filing No. 434) to quash the trial subpoena of Mr. Hussein Enan is moot as defendant has orally withdrawn its subpoena.

4) Sprint Spectrum's motion for judgment as a matter of law of no infringement under Rule 50(a) is denied; and

5) Prism's motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50(a) is denied.

DATED this 24th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court