IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
PRISM TECHNOLOGIES LLC, :
:
            Plaintiff, :
:
   v. : Civil Action No. 8:12-cv-123-LES-TDT
:
SPRINT SPECTRUM L.P. D/B/A :
SPRINT PCS, :
:
           Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINT STIPULATION REGARDING SPRINT'S MOTION TO STAY ENFORCEMENT OF THE JUDGMENT PURSUANT TO FED. R. CIV. P. 62 AND PRISM'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

The parties hereby stipulate as follows:

    1.    This is a patent infringement action brought by Prism Technologies, LLC ("Prism") against Sprint Spectrum L.P. d/b/a Sprint PCS ("Sprint").

    2.    A jury trial was held on Monday, June 15, 2015 through Tuesday, June 23, 2015. During trial Prism alleged that Sprint infringed Claims 1 and 33 of U.S. Patent No. 8,127,345 and Claims 7 and 37 of U.S. Patent No. 8,387,155 (together, the "Asserted Claims").

    3.    On June 23, 2015, the jury returned a verdict finding that Sprint infringed the Asserted Claims and awarded Prism damages in the amount of $30,000,000. (ECF No. 467).

    4.    On June 24, 2015, the Court entered judgment in favor of Prism and against Sprint in the amount of $30,000,000, together with Prism's costs.  (ECF No. 463).

    5.    Sprint intends to file a motion pursuant to Fed. R. Civ. P. 62 to stay enforcement of the judgment pending resolution of Sprint's post-trial motions and until Sprint files a notice of

appeal, if necessary, thereby deferring the time in which Sprint must post a bond. Prism agrees that it will not oppose Sprint's motion pursuant to Fed. R. Civ. P. 62 as set forth above.

6. Prism intends to file a motion pursuant to 35 U.S.C. § 285 seeking attorneys' fees. The parties agree that Prism's initial briefing shall be limited to the issue of Sprint's liability for attorneys' fees, and will not include specific documentation of Prism's fees (such as detailed time entries) or Sprint's objections to Prism's time entries. The parties further agree that to the extent Prism's motion for attorneys' fees is granted, Prism would then provide the detailed support for any categories of fees and costs to which the Court determines it is entitled. The parties would then meet and confer regarding any objections Sprint has to Prism's documentation, and the parties will present any unresolved objections to the Court for final resolution.

Date: July 8, 2015

By: *s/ Cristina Martinez*

Michael C. Cox, Esq. (17588)
Daniel J. Fischer, Esq. (22272)
**Koley Jessen P.C., L.L.O.**
1125 S. 103rd St., Suite 800
Omaha, NE 68124
Tel: (402) 390-9500
Fax: (402) 390-9005
mike.cox@koleyjessen.com
dan.fischer@koleyjessen.com

André J. Bahou, Esq.
**Prism Technologies LLC**
Vice President & Chief IP Officer
878 Arlington Heights Dr., Suite 400
Brentwood, TN 37027
Tel: (615) 712-6580
Fax: (402) 578-1447
aj.bahou@prsmip.com

By: s/ *Michael T. Hilgers* (*with permission*)

B. Trent Webb
John D. Garretson
Beth Larigan
Christine A. Guastello
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel. 816-474-6550
Fax. 816-421-5547
bwebb@shb.com
jzerger@shb.com
blarigan@shb.com
cguastello@shb.com
jgarettson@shb.com

| | |
|---|---|
| Jonathan S. Caplan, Esq.<br>Mark A. Baghdassarian, Esq.<br>Aaron M. Frankel, Esq.<br>Marcus A. Colucci, Esq.<br>Matthew W. Olinzock, Esq.<br>Cristina Martinez, Esq.<br>**Kramer Levin Naftalis & Frankel LLP**<br>1177 Avenue of the Americas<br>New York, NY 10001<br>Tel:  212.715.9100<br>Fax:  212.715.8000<br>jcaplan@kramerlevin.com<br>mbaghdassarian@kramerlevin.com<br>afrankel@kramerlevin.com<br>mcolucci@kramerlevin.com<br>molinzock@kramerlevin.com<br>cmartinez@kramerlevin.com<br><br>Paul Andre, Esq.<br>Lisa Kobialka, Esq.<br>Aakash Jariwala, Esq.<br>**Kramer Levin Naftalis & Frankel LLP**<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Tel: 650.752.1700<br>Fax: 650.752.1810<br>pandre@kramerlevin.com<br>lkobialka@kramerlevin.com<br>ajariwala@kramerlevin.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>PRISM TECHNOLOGIES LLC** | Michael T. Hilgers (#24483)<br>Carrie S. Dolton (#24221)<br>**GOBER HILGERS PLLC**<br>14301 FNB Parkway, Suite 100<br>Omaha, NE 68154<br>Telephone: 402.218.2106<br>Facsimile: 877.437.5755<br>mhilgers@goberhilgers.com<br>cdolton@goberhilgers.com<br><br>Michael J. Abernathy<br>Christopher Hanba<br>Margaux Nair<br>**K&L GATES LLP**<br>70 West Madison Street<br>Chicago, IL 60602-4207<br>Telephone: 312.372.1121<br>Facsimile: 312.827.8000<br>mike.abernathy@klgates.com<br>christopher.hanba@klgates.com<br>margaux.nair@klgates.com<br><br>Michael J. Bettinger (admitted pro hac vice)<br>Irene Yang (admitted pro hac vice)<br>**SIDLEY AUSTIN LLP**<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415)772-7400<br>mbettinger@sidley.com<br>irene.yang@sidley.com<br><br>**ATTORNEYS FOR DEFENDANT<br>SPRINT SPECTRUM LP** |

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 8th day of July 2015.

*s/ Cristina Martinez*
Cristina Martinez