# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SPRINT SPECTRUM L.P. D/B/A SPRINT PCS<br><br>   Defendant. | Civil Action No. 8:12-cv-123-LES-TDT |

## PLAINTIFF PRISM TECHNOLOGIES LLC'S
## MOTION FOR PREJUDGMENT AND POSTJUDGMENT INTEREST

Pursuant to Fed. R. Civ. P. 59(e), 35 U.S.C. § 284 and 28 U.S.C. § 1961, plaintiff Prism Technologies LLC ("Prism"), by and through its counsel, hereby moves the Court to amend its June 24, 2015 judgment following the jury verdict (Filing No. 463) to award Prism prejudgment and postjudgment interest on the damages award.  The grounds for this motion are as follows:

1. A jury trial in this matter was held from June 15, 2015 through June 23, 2015.

2. During trial Prism alleged that Sprint Spectrum L.P. ("Sprint") infringed Claims 1 and 33 of U.S. Patent No. 8,127,345 and Claims 7 and 37 of U.S. Patent No. 8,387,155 (together, the "Asserted Patents" and the "Asserted Claims").

3. On June 23, 2015, the jury returned a verdict finding that Sprint infringed the Asserted Claims and awarded Prism damages in the amount of $30,000,000 for Sprint's infringement through December 31, 2014, rendering Prism the prevailing party.  (ECF No. 467)

4. On June 24, 2015, the Court entered judgment in favor of Prism and against Sprint in the amount of $30,000,000, together with Prism's costs.  (ECF No. 463).

5. Prism respectfully requests an award of prejudgment and postjudgment interest on this damages award.

6. Courts award prejudgment interest in patent infringement suits to a prevailing patentee. *See Gen. Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983) ("[P]rejudgment interest should be awarded under [35 U.S.C.] § 284 absent some justification for withholding such an award."). The grant of prejudgment interest is to fulfill the purposes of 35 U.S.C. § 284 by "mak[ing] the patent owner whole, since his damages consist not only of the value of the royalty payments but also of the foregone use of the money between the time of infringement and the date of judgment." *Gen. Motors*, 461 U.S. at 655-56.

7. Postjudgment interest should be awarded as mandated by 28 U.S.C. § 1961. Postjudgment interest should be compounded upon the entirety of the final money judgment entered in favor of Prism. *See* 28 U.S.C. § 1961 ("[I]nterest shall be allowed on any money judgment in a civil case recovered in a district court.").

8. This Motion is based upon Prism's Brief in Support of its Motion for an Prejudgment and Postjudgment Interest, Index of Evidence, the Declaration of James Malackowski, and the Declaration of Marcus A. Colucci, which have been filed contemporaneously herewith, as well as all pleadings, records and files herein which this Court may properly take judicial notice, and upon such other and further evidence and argument as the Court may receive prior to its decision.

WHEREFORE Prism moves the Court to amend its June 24, 2015 judgment to award Prism prejudgment and postjudgment interest.

Dated: July 22, 2015

Respectfully submitted,

By: *s/ Marcus A. Colucci*

| | |
|---|---|
| **Koley Jessen P.C., L.L.O.** | **Kramer Levin Naftalis & Frankel LLP** |
| Michael C. Cox, Esq. (17588) | Jonathan S. Caplan, Esq. |
| Daniel J. Fischer, Esq. (22272) | Mark A. Baghdassarian, Esq. |
| 1125 S. 103rd St., Suite 800 | Aaron M. Frankel, Esq. |
| Omaha, NE 68124 | Marcus A. Colucci, Esq. |
| Tel: (402) 390-9500 | Matthew W. Olinzock, Esq. |
| Fax: (402) 390-9005 | Cristina Martinez, Esq. |
| mike.cox@koleyjessen.com | 1177 Avenue of the Americas |
| dan.fischer@koleyjessen.com | New York, NY 10036 |
| | Tel: 212.715.9100 |
| | Fax: 212.715.8000 |
| | |
| | jcaplan@kramerlevin.com |
| | mbaghdassarian@kramerlevin.com |
| | afrankel@kramrelevin.com |
| | mcolucci@kramerlevin.com |
| | molinzock@kramerlevin.com |
| | cmartinez@kramerlevin.com |
| | |
| **Prism Technologies LLC** | **Kramer Levin Naftalis & Frankel LLP** |
| André J. Bahou, Esq. | Paul Andre, Esq. |
| Vice President & Chief IP Officer | Lisa Kobialka, Esq. |
| 878 Arlington Heights Dr., Suite 400 | Aakash Jariwala, Esq. |
| Brentwood, TN 37027 | 990 Marsh Road |
| Tel: (615) 712-6580 | Menlo Park, CA 94025 |
| Fax: (402) 578-1447 | Tel: 650.752.1700 |
| aj.bahou@prsmip.com | Fax: 650.752.1810 |
| | pandre@kramerlevin.com |
| | lkobialka@kramerlevin.com |
| | ajariwala@kramerlevin.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Plaintiff* |
| *Prism Technologies LLC* | *Prism Technologies LLC* |

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 22nd day of July 2015.

*s/ Marcus A. Colucci*
Marcus A. Colucci
