# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC, | Civil Action No. 8:12-cv-123-LES-TDT |
| Plaintiff, | |
| v. | **NOTICE OF FILING OF SEALED DOCUMENTS** |
| SPRINT SPECTRUM L.P. D/B/A SPRINT PCS, | |
| Defendant. | |

Defendant Sprint Spectrum L.P. has filed sealed documents in support of both its Motion For a New Trial Pursuant to Fed. R. Civ. P. 59(a) and (d) and its Renewed Motion for Judgment As a Matter of Law of No Infringement Under Rule 50(b). Sprint hereby provides notice of the docket numbers of these documents, as follows:

1) Sealed Brief in Support of Sprint's Motion For a New Trial Pursuant to Fed. R. Civ. P. 59(a) and (d), Dkt. No. 487.

2) Sealed Index of Evidence in Support of Sprint's Motion For a New Trial Pursuant to Fed. R. Civ. P. 59(a) and (d) and Exhibits 1, A-AE, Dkt No. 488.

3) Sealed Brief in Support of Sprint's Renewed Motion for Judgment As a Matter of Law of No Infringement Under Rule 50(b), Dkt. No. 492.

4) Sealed Index of Evidence in Support of Sprint's Renewed Motion for Judgment As a Matter of Law of No Infringement Under Rule 50(b) and Exhibits 1, A-I, Dkt. No. 495.

Dated: July 22, 2015

Respectfully submitted,

s/ Michael T. Hilgers
Michael T. Hilgers (#24483)
Carrie S. Dolton (#24221)
GOBER HILGERS PLLC
14301 FNB Parkway, Suite 100
Omaha, NE 68154
Telephone: (402) 218-2106
Facsimile: (877) 437-5755
mhilgers@goberhilgers.com
cdolton@goberhilgers.com

Michael J. Bettinger (admitted pro hac vice)
Irene Yang (admitted pro hac vice)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200
Direct: (415)772-1224
Fax: (415) 772-7400
mbettinger@sidley.com
irene.yang@sidely.com

Michael J. Abernathy (admitted pro hac vice)
Christopher Hanba (admitted pro hac vice)
K&L GATES LLP
70 West Madison Street
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
mike.abernathy@klgates.com
christopher.hanba@klgates.com

B. Trent Webb
bwebb@shb.com
John D. Garretson
jgarretson@shb.com
Chrissie Guastello
cguastello@shb.com
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: (816) 474-6550

Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM L.P.**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 22d day of July 2015.

                                              s/ Michael T. Hilgers_____