IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV123 |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT SPECTRUM L.P., D/B/A | ) | MEMORANDUM AND ORDER |
| SPRINT PCS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on various house-keeping matters (Filing No. 479, Filing No. 480, Filing No. 485).

IT IS ORDERED:

1) The parties' joint stipulation regarding Sprint's motion to stay enforcement of the judgment pursuant to Fed.R.Civ.P. 62 and Prism's motion for attorneys' fees pursuant to 35 U.S.C. § 285 (Filing No. 479) is approved and adopted.

2) Defendant's unopposed motion (Filing No. 480) to stay the execution of judgment without bond pursuant to Federal Rule of Civil Procedure 62(b) is granted.

3) The Court grants defendant's unopposed motion (Filing No. 485) for an extension of time to file redaction request of partial transcripts.

> The parties shall have until August
> 5, 2015, to file a notice of intent
> to request redaction for the

-2-

transcripts that have previously
been filed in this case.

The parties shall have 21 days
after they file a notice of intent
to request redaction to file such
request.

DATED this 28th day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court