IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,         )
                                 )
              Plaintiff,         )        8:12CV123
                                 )
     v.                          )
                                 )
SPRINT SPECTRUM L.P., D/B/A      )        ORDER
SPRINT PCS,                      )
                                 )
              Defendant.         )
_____)
```

This matter is before the Court on the joint motion for extension of certain deadlines (Filing No. 540). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Prism's reply brief in support of its motion for prejudgment and post judgment interest shall be due on or before September 10, 2015.

2) Prism's reply brief in support of its motion for an accounting and ongoing royalties shall be due on or before September 10, 2015.

3) Sprint's reply in support of its motion for new trial shall be due on or before September 10, 2015.

4) Sprint's reply brief in support of its renewed motion for judgment as a matter of law of no infringement shall be due on or before September 10, 2015.

   5) The parties' request for redaction of transcript shall be due on or before August 31, 2015.

   DATED this 31st day of August, 2015.

         BY THE COURT:

         /s/ Lyle E. Strom
         _____
         LYLE E. STROM, Senior Judge
         United States District Court