```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,     )
                             )
          Plaintiff,         )         8:12CV123
                             )
     v.                      )
                             )
SPRINT SPECTRUM L.P.,        )         ORDER
d/b/a SPRINT PCS,            )
                             )
          Defendant.         )
_____)
```

This matter comes before the Court on the parties' proposed redactions (Filing No. 538, Filing No. 541 and Filing No. 544) to the trial transcript. The Court will adopt the parties' proposed redactions. The court reporter shall apply these redactions and then file the final redacted transcript within twenty-one days of this order.

IT IS ORDERED:

1) The parties proposed redactions are adopted.

2) The court reporter shall file the final redacted transcript within twenty-one days of this order.

DATED this 22nd day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court