IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,          )
                                  )
              Plaintiff,          )          8:12CV123
                                  )
         v.                       )
                                  )
SPRINT SPECTRUM L.P., D/B/A       )              ORDER
SPRINT PCS,                       )
                                  )
              Defendant.          )
_____ )


This matter is before the Court on defendant's motion to withdraw attorney (Filing No. 574).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Christine A. Guastello of the law firm of Shook, Hardy & Bacon, LLC, is deemed withdrawn as counsel for Sprint Spectrum, L.P., d/b/a Sprint PCS. The clerk of court shall remove her name from CM/ECF.

DATED this 13th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court