IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | 8:12CV123 |
| v. | ) | |
| SPRINT SPECTRUM L.P., d/b/a SPRINT PCS, | ) | ORDER AND JUDGMENT |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's renewed motion for judgment as a matter of law (Filing No. 490) is denied.

2) Defendant's motion for new trial (Filing No. 486) is denied.

3) Defendant's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), or in the alternative, motion for leave to supplement Sprint's motion for new trial, (Filing No. 576) is denied.

DATED this 9th day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court