IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )        8:12CV123
                              )
     v.                       )
                              )
SPRINT SPECTRUM L.P.,         )        ORDER AND JUDGMENT
d/b/a SPRINT PCS,             )
                              )
            Defendant.        )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Prism's motion for prejudgment and postjudgment interest (Filing No. 489) is granted.

Prejudgment interest shall be applied to the $30 million dollar verdict at a prime rate of 3.25% and compounded quarterly resulting in the amount of $2,001,923.

Postjudgment interest shall be calculated from the date of the entry of judgment using the weekly average 1-year constant maturity Treasury yield compounded annually pursuant to 28 U.S.C. § 1961.

Sprint shall pay Prism $2,001,923 together with postjudgment interest from the date judgment, June 24, 2015, until satisfaction, in accordance with 28 U.S.C. § 1961.

      2) Prism's motion for an accounting and ongoing royalties (Filing No. 496) is denied.

      DATED this 18th day of December, 2015.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court