IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV123 |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT SPECTRUM L.P., D/B/A | ) | ORDER |
| SPRINT PCS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to withdraw attorney (Filing No. 603). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Michael J. Abernathy of the law firm of K&L Gates LLP is deemed withdrawn as counsel for Sprint Spectrum, L.P., d/b/a Sprint PCS. The clerk of court shall remove his name from CM/ECF.

DATED this 3rd day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court