IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
PRISM TECHNOLOGIES LLC,                             :
                                                    :         8:12CV123
            Plaintiff,                              :
                                                    :
    v.                                              :         **ORDER**
                                                    :
SPRINT SPECTRUM L.P. d/b/a SPRINT PCS,              :
                                                    :
            Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS on June 23, 2015, at the conclusion of trial in this patent infringement action, the jury entered a verdict in favor of plaintiff Prism Technologies, LLC ("Prism") and against defendant Sprint Spectrum L.P. d/b/a Sprint PCS ("Sprint") ([Filing No. 467](#)) and awarded Prism $30 million in damages;

WHEREAS on June 24, 2015, the Court entered judgment consistent with the jury's verdict ([Filing No. 470-1](#));

WHEREAS following post-trial motions, the Court entered final judgment confirming the jury award and awarding Prism costs in the amount of $42,495.43, pre-judgment interest in the amount of $2,001,923, and post-judgment interest "from the date of judgment, i.e., June 24, 2015, until satisfaction." ([Filing No. 589](#), [Filing No. 591](#) and [Filing No. 592](#));

WHEREAS on March 6, 2017, the United States Court of Appeals for the Federal Circuit affirmed this Court's judgment ([Filing No. 605](#));

WHEREAS on May 15, 2017, the United States Court of Appeals for the Federal Circuit issued its mandate, which this Court received on the same date ([Filing No. 609](#)) (the "Mandate");

WHEREAS the amount of post-judgment interest due pursuant to this Court's judgment ([Filing No. 591](#)) from the date of the entry of judgment (i.e., June 24, 2015) through the date the Mandate issued (i.e., May 15, 2017), calculated using the weekly average 1-year constant maturity Treasury yield compounded annually pursuant to 28 U.S.C. § 1961, is $163,883.60.

IT IS HEREBY ORDERED that the total amount of the judgment (including the jury award, costs, prejudgment interest, and post-judgment interest calculated through the date of the Mandate) is $32,208,302.03.

Prism does not waive any rights to collect additional post-judgment interest up to and including Sprint's final satisfaction of the judgment consistent with the Court's judgment ([Filing No. 591](#)).

DATED this 2nd day of June, 2017.

BY THE COURT

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court