IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV123 |
| | ) | |
| v. | ) | |
| | ) | |
| SPRINT SPECTRUM L.P., D/B/A | ) | ORDER AND JUDGMENT |
| SPRINT PCS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Sprint's motion to file a sur-reply is granted.

2) Sprint's motion for relief from judgment pursuant to Rule 60 is granted. The Judgment (Filing No. 463) is set aside.

3) Sprint's motion for a further stay of the case is denied as moot.

4) Prism's motion to lift the stay and enforce the judgment is denied as moot.

DATED this 8th day of August, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court