```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )           8:12CV123
                              )
      v.                      )
                              )
SPRINT SPECTRUM L.P., D/B/A   )           ORDER
SPRINT PCS,                   )
                              )
            Defendant.        )
_____)

This matter is before the Court on plaintiff's motion to alter or amend the judgment pursuant to Fed.R.Civ.P. 59 (Filing No. 637). The Court has reviewed plaintiff's brief in support of said motion (Filing No. 638) and its index of evidence (Filing No. 639). Defendant filed its response in opposition to Prism's motion to alter or amend the judgment (Filing No. 640) and plaintiff submitted a reply brief in further support of its motion (Filing No. 641).

Having reviewed the motion, together with all the briefs and the index filed in support of and in opposition to said motion, the Court finds said motion should be denied. Accordingly,

IT IS ORDERED that plaintiff's motion to alter or amend the judgment pursuant to Fed.R.Civ.P. 59 is denied.

DATED this 27th day of September, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court