IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PRISM TECHNOLOGIES, LLC; | |
|---|---|
| Plaintiff, | 8:12CV123 |
| vs. | |
| SPRINT SPECTRUM L.P., d/b/a/ SPRINT PCS | ORDER |
| Defendant. | |

IT IS ORDERED that the motion to withdraw André J. Bahou, Matthew W. Olinzock, and Aakash B. Jariwala as counsel of record for Plaintiff, Prism Technologies, LLC., (Filing No. 649), is granted.

Dated this 24th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge