# United States Court of Appeals for the Federal Circuit

**PRISM TECHNOLOGIES LLC,**
*Plaintiff - Appellant*

v.

**SPRINT SPECTRUM L.P., DBA SPRINT PCS,**
*Defendant - Appellee*

18-1108

Appeal from the United States District Court for the District of Nebraska in case No. 8:12-cv-00123-LES-TDT, Senior Judge Lyle E. Strom.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

February 1, 2019  /s/ Peter R. Marksteiner
  Peter R. Marksteiner
  Clerk of Court