IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>SPRINT SPECTRUM L.P.,<br><br>        Defendant. | **8:12CV123**<br><br>**ORDER** |

This matter is before the Court on Defendant Sprint Spectrum L.P.'s Motion to Release Supersedeas Bond (Doc. No. 656). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that Sprint's Motion to Release Supersedeas Bond is GRANTED. Bond No. 0152719, filed at Doc. No. 601, is approved for release.

Dated this 1st day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge